| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF BEAUFORT ) | |
| ) | |
| GREGORY LASKY, ) | Civil Action No. 2018-CP-07-00084 |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF FILING NOTICE OF REMOVAL** |
| BLUFFTON HOTEL, LLC, ) | |
| Defendant. ) | |

TO:   PLAINTIFF, GREGORY LASKY, AND ANTHONY J. BRADY, AND BEAUFORT COUNTY COURT OF COMMON PLEAS:

YOU WILL PLEASE TAKE NOTICE that the Defendant, Bluffton Hotel, LLC, on the 19th day of February, 2018 filed with the Clerk of Court for the United States District of South Carolina, Beaufort Division, a Notice of Removal of the above-captioned case from the Court of Common Pleas for Beaufort County, South Carolina to the United States District Court for the District of South Carolina, Beaufort Division.  A copy of said Notice is provided herewith and made a part hereof.

                                              McANGUS GOUDELOCK & COURIE, L.L.C.

                                              *s/O. Carlisle Edwards, Jr.*
                                              O. Carlisle Edwards, Jr.
                                              Federal ID # 5239
                                              Post Office Box 650007
                                              735 Johnnie Dodds Blvd, Suite 200 (29464)
                                              Mt. Pleasant, South Carolina 29465
                                              (843) 576-2900

                                              ATTORNEYS FOR DEFENDANT, BLUFFTON HOTEL, LLC

Charleston, South Carolina
February 19, 2018

