# Mediation of Cases Pending Before Judge Gergel

Instructions: Complete this form and file it with the joint Rule 26(f) Report.

Case Name: <u>Gregory Lasky v. Bluffton Hotel, LLC</u>

C/A No.: <u>9:18-CV-00474-RMG</u>

1. Would early mediation be useful in this case? If the answer is in the affirmative, when would you propose to conduct mediation in this matter? The parties believe that a deadline for mediation of September 4, 2018, which is two weeks after the close of discovery, is appropriate but have agreed to and are currently discussing settlement options.

2. If early mediation is not thought to be useful, when is the earliest stage in which you believe it might be useful? The parties believe that a deadline for mediation of September 4, 2018, which is two weeks after the close of discovery, is appropriate but have agreed to and are currently discussing settlement options.

3. Please provide the court with any addition information that would assist in setting a timeline for required mediation. The parties believe that a deadline for mediation of September 4, 2018, which is two weeks after the close of discovery, is appropriate but have agreed to and are currently discussing settlement options.

| Signatures | Party Represented |
|---|---|
| *s/Anthony J. Brady* | Plaintiff |
| *s/O. Carlisle Edwards, Jr.* | Defendant |